No. 91–8150.  MATHEWS ET AL. *v.* MOUTON, WARDEN, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 91–8169.  ANDERSON *v.* MISSISSIPPI COUNTY, MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–8179.  MUTHER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–8182.  BROWN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–8200.  DRING *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–8211.  WILEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–8212.  PETTIT *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–8221.  WARREN *v.* FANNING ET AL.  C. A. 8th Cir. Certiorari denied.

No. 91–8228.  D'AGOSTINO, AKA CARUSO *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 91–8234.  UNGAR *v.* GENERAL MOTORS CORP. ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 91–8235.  WESLEY *v.* BORGEN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–8237.  HARVEY *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 91–8238.  SHUMATE *v.* NCNB FINANCIAL SERVICES ET AL. C. A. 4th Cir.  Certiorari denied.

No. 91–8240.  BARNES *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.